# EXHIBIT 1

# Copyright

---

**Registration Number / Date:**
VA0000561673 / 1993-04-23

**Type of Work:**
Visual Material

**Title:**
[1993 Fantastic world of Lisa Frank portfolios]

**Other Title:**
Fantastic world of Lisa Frank portfolios

**Date of Creation:**
1992

**Date of Publication:**
1992-12-09

**Copyright Claimant:**
Lisa Frank, Inc.

**Description:**
Illustrations.

**Notes:**
Title from appl.

**Names:**
Lisa Frank, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_19123419

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**VA 800-626**

EFFECTIVE DATE OF REGISTRATION

Jul 29 1996
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

1994 Stationery Collection

**NATURE OF THIS WORK ▼** See instructions

Graphic Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**a**

**NAME OF AUTHOR ▼**

Lisa Frank, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Graphic Design

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank*

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1994 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ May    Day ▶ 1    Year ▶ 1994    Nation ▶ USA

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lisa Frank, Inc.
2801 North Flowing Wells Road
Tucson, AZ 85705

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED    JUL 29 1996
ONE DEPOSIT RECEIVED    JUL 29 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Ms. Rhonda Rowlette
Lisa Frank, Inc.
2801 North Flowing Wells Road
Tucson, AZ 85705

Area Code & Telephone Number ▶  602/624-1903

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Lisa Frank, Inc., by Rhonda Rowlette

date ▶

Handwritten signature (X) ▼

*Rhonda Rowlette*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Ms. Rhonda Rowlette
Lisa Frank, Inc.

Number/Street/Apartment Number ▼
2801 North Flowing Wells Road

City/State/ZIP ▼
Tucson, AZ 85705

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986—491-560/40,010

August 1986—40,000

- If at all possible, try to fit the information called for into the spaces provided on Form VA.
- If you do not have space enough for all of the information you need to give on Form VA, use this continuation sheet and submit it with Form VA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form VA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form VA call for specific items of information, and should not need continuation.

**VA 800-626**

EFFECTIVE DATE OF REGISTRATION

Jul 29 1996

(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

JUL 29.1996

Page 3 of 4 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## (A) Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form VA, submitted for

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form VA.)

  1994 Stationery Collection

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form VA.)

  Lisa Frank, Inc., 2801 N. Flowing Wells Rd., Tucson, AZ 85705

---

## (B) Continuation of Space 2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ..... No .....

**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No / Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes" see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes No

**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No / Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes" see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes No

**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No / Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes" see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes No

**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No / Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes" see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ..... No .....

**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes No / Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes" see detailed instructions attached

---

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form VA*

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...... No ...

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .................... } or { Domiciled in .........................
  (Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born ........  Died ........
  (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes .  No ......
Pseudonymous?  Yes .  No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

**(B)**
Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ...... No ....

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .................... } or { Domiciled in .........................
  (Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born ........  Died ........
  (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ......  No ......
Pseudonymous?  Yes ......  No ......

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes .  No ...

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .................... } or { Domiciled in .........................
  (Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born ........  Died ........
  (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes .  No
Pseudonymous?  Yes ......  No ......

If the answer to either of these questions is "Yes," see detailed instructions attached

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes ......  No .....

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of .................... } or { Domiciled in .........................
  (Name of Country)                          (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born ........  Died ........
  (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous?  Yes ....  No ....
Pseudonymous?  Yes ....  No .....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF** (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

**(C)**
Continuation of other Spaces

1994 Stationery Collection

SS558      — Dashly
SS561      — Kitten Bubbles
SS559      — Lion Cub
SS556      — Markie
SS563      — Max Splash
SS527-1  — Panda Painter
SS560      — Princess Pearls
SS562      — Rainbow Chaser
SS555      — Roary
SS523-1  — Roses & Rainbows
SS508-1  — Scotty
SS557      — Seal

# CERTIFICATE OF REGISTRATION





VA 800-510

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

United States of America

EFFECTIVE DATE OF REGISTRATION

July 29 1996
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

OFFICIAL SEAL

## 1

**TITLE OF THIS WORK ▼**

1996 Portfolio Collection

**NATURE OF THIS WORK ▼** See instructions

Graphic Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

## 2

**a**
**NAME OF AUTHOR ▼**

Lisa Frank, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1995 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ 1   Day ▶ 4   Year ▶ 96

USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lisa Frank, Inc.
2801 North Flowing Wells Road
Tucson, AZ 85705

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JUL 29 1996
ONE DEPOSIT RECEIVED
JUL 29 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Ms. Rhonda Rowlette
Lisa Frank, Inc.
2801 North Flowing Wells Road
Tucson, AZ 85705

Area Code & Telephone Number ▶          602/624-1903

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Lisa Frank, Inc. by Rhonda Rowlette                                    date ▶ 7/8/96

Handwritten signature (X) ▼

*Rhonda Rowlette*

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼

Number/Street/Apartment Number ▼

City/State/ZIP ▼

Ms. Rhonda Rowlette
Lisa Frank, Inc.
2801 North Flowing Wells Road
Tucson, AZ 85705

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1986—491-560/40,010

August 1986—40,000

# CONTINUATION SHEET FOR FORM VA

## FORM VA/CON
### UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form VA.
- If you do not have space enough for all of the information you need to give on Form VA, use this continuation sheet and submit it with Form VA.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form VA and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on Form VA call for specific items of information, and should not need continuation.

R
**VA 800-510**

*UA000800510*

EFFECTIVE DATE OF REGISTRATION

July 29 1996
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**(A)**
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form VA, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form VA.)

..... 1996 Portfolio Collection ...........................................................................................

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form VA.)

.... Lisa Frank, Inc., 2801 N. Flowing Wells Rd., Tucson, AZ 85705 ...................

---

**(B)**
**Continuation of Space 2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year) (Year)

☐ **AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes..... No......
Pseudonymous? Yes..... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year) (Year)

☐ **AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No.....

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year) (Year)

☐ **AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year) (Year)

☐ **AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes..... No......
Pseudonymous? Yes..... No......

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:**
Born.......... Died..........
(Year) (Year)

☐ **AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........................ } or { Domiciled in ........................
(Name of Country) (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, or 6 of Form VA*

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: | |
|---|---|---|
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born ............. Died ......... (Year) (Year) | **B** |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................... (Name of Country) } or { Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes...... No ...... | Continuation of Space 2 |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born ............. Died ......... (Year) (Year) | |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................... (Name of Country) } or { Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No ...... Pseudonymous? Yes...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born ............. Died ......... (Year) (Year) | |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................... (Name of Country) } or { Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |
| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: Born ............. Died ......... (Year) (Year) | |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | | |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .................... (Name of Country) } or { Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No ...... Pseudonymous? Yes...... No ...... | |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. | |

CONTINUATION OF (Check which): ☒ Space 1  ☐ Space 4  ☐ Space 6

**C**
Continuation of other Spaces

1996 Portfolio Collection

* Collage IV
* Dolphins Fantasea Castle
* Uni Moon
* Rainbow Chaser III
* Princess Frog
* Hunter

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

F

**VA 1–158–199**



● ●00021158159●

EFFECTIVE DATE OF REGISTRATION

Sep   16   2002

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

Lisa Frank 2002 Portfolio Collection

**NATURE OF THIS WORK ▼** See instructions

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**

Lisa Frank, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  **USA**
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**Year in Which Creation of This Work Was Completed**
2002
Year in all cases.
This information must be given

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **May**   Day **20**   Year **2002**
**USA**
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Lisa Frank, Inc.
6760 S. Lisa Frank Ave.
Tucson, AZ 85706

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
SEP 16 2002
ONE DEPOSIT RECEIVED
SEP 1 6 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions   · Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Anne Aikman-Scalese, Legal Affairs Manager, Lisa Frank, Inc., 6760 S. Lisa Frank Ave. Tucson, AZ 85706

b

Area code and daytime telephone number  ( 520 ) 547-1412          Fax number  ( 520 )547-1413

Email  aaikman@lisafrank.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Lisa Frank, Inc.**
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date

Anne Aikman-Scalese          Date  August 2, 2002

Handwritten signature (λ) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lisa Frank, Inc. Attn: Legal Affairs

Number/Street/Apt ▼
6760 S. Lisa Frank Ave.

City/State/ZIP ▼
Tucson, AZ 85706

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ♲ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-732-288

**Effective date of registration:**

August 5, 2010

---

## Title

**Title of Work:** 2010 BTS Portfolio Collection

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 15, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Frank, Inc.

  **Author Created:** 2-D artwork

  **Work made for hire:** Yes

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lisa Frank, Inc.

6760 S. Lisa Frank Ave, Tucson, AZ, 85706

## Rights and Permissions

**Name:** Anne E. Aikman-Scalese

**Email:** aaikman@wechv.com     **Telephone:** 520-202-7835

**Address:** Waterfall, Economidis

5210 E. Williams Circle Suite 800

Tucson, AZ 85711

## Certification

**Name:** Anne Aikman-Scalese

**Date:** July 30, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VAu 1-351-800
**Effective Date of Registration:**
September 27, 2018
**Registration Decision Date:**
April 23, 2019

## Title

Title of Work: Giant Sticker Activity Pad

## Completion/Publication

Year of Completion: 2018

## Author

- Author: LISA FRANK INC.
  Author Created: 2-D ARTWORKS COLLECTED IN A BOUND PAD
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: LISA FRANK, INC.
65 N CAMINO ESPANOL, TUCSON, AZ, 85716, United States

## Rights and Permissions

Organization Name: LISA FRANK INC.
Name: JOHN D EVERED
Email: devered@lisafrank.com
Telephone: (520)547-1535
Address: 65 N CAMINO ESPANOL
TUCSON, AZ 85716 United States

## Certification

Name: JOHN D EVERED
Date: September 27, 2018